## SUCCESSION OF LOGAN.

Decision on *Ducournau* v. *Levistones*, 2 An. 245, affirmed.

APPEAL from the Second District Court of New Orleans, *Canon*, J. *Sever*, for the appellant. *T. H. Howard*, contrâ. The judgment of the court (*King*, J. absent,) was pronounced by

SLIDELL, J. In this case the transcript not having been seasonably filed, and no application for time having been made, the motion to dimiss must prevail. It appears by the affidavit of the appellant's counsel, that the omission was attributable to a mistake on his part. But this is not a ground for relief. See *Ducournau* v. *Levistones*, 2 An. 245; *ante* p. 30.

*Appeal dismissed.*